UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X
:
GARY PETERSON, *et al.*,           :
:
                      Plaintiffs,     :     Case No. 13-cv-170 (RLW)
:
   - against -                  :
:
TRANSPORT WORKERS UNION OF        :
AMERICA, AFL-CIO,                 :
:
                      Defendant.     :
:
-------------------------------------------------------------------X

## MOTION OF DEFENDANT TRANSPORT WORKERS UNION OF AMERICA TO DISMISS THE SECOND AMENDED COMPLAINT

Defendant Transport Workers Union of America ("TWU") hereby moves this Court to Dismiss the Second Amended Complaint in this action under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). The Motion is made upon the following grounds: (a) the Plaintiffs lack standing to assert the claims in the Second Amended Complaint; (b) the claims in the Second Amended Complaint are not ripe for review and conflict with basic labor law tenets; and (c) the Plaintiffs have failed to state a claim upon which relief can be granted.

Defendant requests that the Court schedule oral argument on this Motion.

Dated: October 18, 2013
      New York, New York

                            By:    /s/ *Joseph J. Vitale*
                                    Michael L. Winston (admitted *pro hac vice*)
                                    Joseph J. Vitale (DC Bar # 430395)
                                    Evan Hudson-Plush (admitted *pro hac vice*)
                                    COHEN, WEISS and SIMON LLP
                                    330 West 42nd Street

New York, New York 10036
Tel: (212) 356-0238
Fax: (646) 473-8238
email: jvitale@cwsny.com
DC Bar # 430395


*/s/ Richard S. Edelman*
Richard S. Edelman
O'Donnell, Schwartz & Anderson, P.C.
1900 L Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
e-mail:REdelman@odsalaw.com
D.C. Bar #: 416348

*Counsel for Defendant TWU*